UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                                          CASE NO:

DANIEL K SWANSON,                                              6:20-bk-04304-KSJ
                                                                                    Chapter 13

Debtor.

_____/

MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION

The debtor, Daniel K Swanson, requests the entry of an Order referring Debtor and BSI Financial Services to mortgage modification mediation and in support states:

1.

Debtor filed this Chapter 13 case in an attempt to retain his primary residence located at 395 Sycamore Springs Street, DeBary, FL, 32713, last 4 digits of loan number being 2619.

2.

Debtor would like to modify the terms of the mortgage encumbering at 395 Sycamore Springs Street, DeBary, FL, 32713, his primary residence. Debtor's income will allow him to contribute as much as 31 percent of his current gross income to payment of his modified mortgage debt.

3.

Mediation pursuant to Local Rule 9019-2 will assist the parties in negotiations of a modification of the relevant mortgage.

4.

Debtor will pay the mediation cost to the mediator in accordance with the Uniform District wide Mortgage Modification Mediation Procedures.

WHEREFORE, the entry of an Order referring this case to mediation and for such other relief this Court may deem appropriate.

Dated this 14th of August, 2020.

/s/ Robert Zipperer
Robert Zipperer
Attorney for Debtor
Florida Bar No: 196525
224 South Beach St, Suite 202
Daytona Beach, FL 32114
386-226-1151 telephone
robertzipperer@bellsouth.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that and true and correct copy of the foregoing has been furnished by either electronic of US prepaid Mail to: BSI Financial Services, 314 S Franklin Street, 2nd Floor, Titusville, PA 16354; Chase A Berger, Esquire, Ghidotti Berger, LLP, 3050 Biscayne Blvd, Suite 402, Miami, FL 33137; Daniel K Swanson, 395 Sycamore Springs Street, DeBary, FL, 32713; Laurie K. Weatherford, Chapter 13 Trustee, P.O. Box 3450, Winter Park, FL 32790 and US Trustee, George C Young Federal Courthouse, 400 West Washington St, Suite 1100, Orlando, FL 32801, this 14th of August, 2020.

/s/ Robert Zipperer
Robert Zipperer
Attorney for Debtor