[jiffyordnh] [Bench Order No Hearing +]

ORDERED.

Dated: January 06, 2021

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                          Case No. 6:20−bk−04304−KSJ
                                                                                Chapter 13

Daniel K Swanson
aka Daniel Kyle Swanson

_____Debtor*_____/

### ORDER GRANTING MOTION TO EXTEND TIME FOR MORTGAGE MODIFICATION MEDIATION

THIS CASE came on for consideration without a hearing of the **Motion to Extend Time for Mortgage Modification mediation** (Doc. **29** ), filed by **Debtor, Daniel Swanson** .

The Court having considered the record, the Motion to Extend Time for Mortgage Modification Mediation is Granted .

The parties are directed to complete mortgage modification mediation by April 30, 2021.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Robert Zipperer is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.